UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTREBERTO D. MALDONADO ) | Case No. CV 08-05923 VAP-(JC) |
| ) | |
| Petitioner, ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND |
| ) | |
| v. ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE |
| ) | JUDGE |
| KENNTH [sic] CLARK, Warden, ) | |
| ) | |
| ) | |
| Respondent. ) | |

_____

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation") and petitioner's objections to the Report and Recommendation.[1] The Court has further made a *de novo*

///

---

[1] The record reviewed includes the color copy of the photospread including petitioner's photograph, as challenged in Ground One of the Petition and included in the record by minute order dated October 27, 2011. This exhibit does not alter the Court's analysis of Ground One. As explained in the Report and Recommendation, the victim's identification of petitioner was sufficiently reliable.

1 determination of those portions of the Report and Recommendation to which
2 objection is made.²

3     The Court approves and accepts the Report and Recommendation.

4     IT IS ORDERED that Judgment be entered denying the Petition and
5 dismissing this action with prejudice.

6     IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
7 Report and Recommendation, and the Judgment herein on petitioner and on
8 counsel for respondent.

9     LET JUDGMENT BE ENTERED ACCORDINGLY.

11     DATED: November 6, 2011

13     _____
14     HONORABLE VIRGINIA A. PHILLIPS
    UNITED STATES DISTRICT JUDGE

---

²To the extent the Objections raise new evidence and arguments not raised in the Petition, this Court, in an exercise of its discretion, declines to consider them. See United States v. Howell, 231 F.3d 615, 621 (9th Cir. 2000), cert. denied, 534 U.S. 831 (2001). For example, although petitioner's first ground for relief in the Petition is that a photospread was unduly suggestive based on the reddish tint to his photograph, petitioner's Objections more broadly argue that the photospread was unduly suggestive based on additional factors. (Objections at 3-7). The Report and Recommendation declined to consider such broader claim which petitioner also attempted to assert in his Traverse, because a Traverse is also not an appropriate pleading in which to raise additional grounds for relief. See Report and Recommendation at 10 n.7 (also limiting review of Ground One to arguments raised in the Petition). In any event, this Court, like the Magistrate Judge, agrees with the California Court of Appeal's determination that such broader claim lacks merit. See id.

2